# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Robert Winchilla,                                   :
               Petitioner      :
                               :
          v.                               :
                               :
Workers' Compensation Appeal                        :
Board (Nexstar Broadcasting),                       :
               Respondent      :   No. 213 C.D. 2014

## O R D E R

AND NOW, this 1ˢᵗ day of December, 2015, the opinion filed September 18, 2015, in the above-captioned matter shall be designated Opinion rather than Memorandum Opinion, and it shall be reported.

 

 

                                             _____

                                             DAN PELLEGRINI, President Judge